1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Catherine E. Rapp

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  CATHERINE E. RAPP, | ) Case No.: CV 10-08339-PA (FMO) |
| 12           Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| 13       vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| 14  MICHAEL J. ASTRUE, | ) AND COSTS PURSUANT TO 28 |
|     Commissioner of Social Security, | ) U.S.C. § 1920 |
| 15           Defendant | ) |

16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $1,350.00 as

20  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21  DATE: 9/15/11

22

                    _____/s/_____
23                  THE HONORABLE FERNANDO M. OLGUIN
                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ `Steven G. Rosales`
_____
4 | Steven G. Rosales
Attorney for plaintiff Catherine E. Rapp