1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Catherine E. Rapp

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CATHERINE E. RAPP,                ) Case No.: CV 10-08339-PA (FMO)
                                     )
12        Plaintiff,                 ) ORDER AWARDING EQUAL
                                     ) ACCESS TO JUSTICE ACT
13     vs.                           ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,  ) U.S.C. § 1920
15                                   )
          Defendant                  )
16                                   )
                                     )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $1,350.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:  9/15/11

23                            _____/s/_____
                              THE HONORABLE FERNANDO M. OLGUIN
                              UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Steven G. Rosales
_____
4 | Steven G. Rosales
Attorney for plaintiff Catherine E. Rapp

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26